# Exhibit 38, Part 2

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits / Credits | Withdrawals / Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/9 | | Monthly Service Fee | | 12.00 | 937.00 |
| Ending balance on 4/9 | | | | | 937.00 |
| Totals | | | $0.00 | $12.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/11/2015 - 04/09/2015 | Standard monthly service fee $12.00 | You paid $12.00 |
|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $949.00 ☐ |
| · Average ledger balance | $6,000.00 | $949.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WBWB

KLUGMAN00003540

Account number: ▮▮▮▮4333 ■ March 11, 2015 - April 9, 2015 ■ Page 3 of 3

**WELLS
FARGO**

---

## General statement policies for Wells Fargo Bank

■ Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . .$ _____

### ADD

B. Any deposits listed in your     $ _____
register or transfers into     $ _____
your account which are not     $ _____
shown on your statement.    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

### SUBTRACT

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Checking

Account number: ▮▮▮▮4333 ■ February 11, 2015 - March 10, 2015 ■ Page 1 of 3



EDGEPOINT CAPITAL LLC ROTH 401K PLAN            WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/11 | $961.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| Ending balance on 3/10 | $949.00 |
| Average ledger balance this period | $961.00 |

Account number: ▮▮▮▮4333

**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(825)



Account number: ████4333  ■  February 11, 2015 - March 10, 2015  ■  Page 2 of 3

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/10 | | Monthly Service Fee | | 12.00 | 949.00 |
| Ending balance on 3/10 | | | | | 949.00 |
| Totals | | | $0.00 | $12.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/11/2015 - 03/10/2015 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $961.00 ☐ |
| · Average ledger balance | $6,000.00 | $961.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB WE

 **IMPORTANT ACCOUNT INFORMATION**

### Other Wells Fargo Benefits

**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.

KLUGMAN00003543

Account number: ████4333 ■ February 11, 2015 - March 10, 2015 ■ Page 3 of 3

**WELLS FARGO**

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your         $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Checking

Account number:  ▮▮▮▮ 4333  ■  January 13, 2015 - February 10, 2015  ■  Page 1 of 3





EDGEPOINT CAPITAL LLC ROTH 401K PLAN                    WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/start/business-planning

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/13 | $973.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| Ending balance on 2/10 | $961.00 |
| Average ledger balance this period | $973.00 |

Account number:  ▮▮▮▮ 4333

**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(825)

KLUGMAN00003545

Account number: ▇▇▇4333 ■ January 13, 2015 - February 10, 2015 ■ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 2/10 | | Monthly Service Fee | | 12.00 | 961.00 |
| Ending balance on 2/10 | | | | | 961.00 |
| Totals | | | $0.00 | $12.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 01/13/2015 - 02/10/2015 | Standard monthly service fee $12.00 | You paid $12.00 |
|------------------------------------|-------------------------------------|-----------------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | 1973.00 ☐ |
| · Average ledger balance | $6,000.00 | 3973.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WBWE



# IMPORTANT ACCOUNT INFORMATION

The following information is provided to help clarify an existing fee waiver associated with Overdraft fees. The benefit has not changed. At the end of our nightly processing, if both your ending daily account balance and your available balance are overdrawn by $5 or less, any overdraft fee(s) will be waived. This fee waiver is associated with your total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance.

Other Wells Fargo Benefits

**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.

Account number: ▆▆▆▆4333  ■ January 13, 2015 - February 10, 2015  ■ Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your          $ _____
register or transfers into             $ _____
your account which are not             $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

KLUGMAN00003547

# Business Checking

Account number:  ████4333  ■  December 10, 2014 - January 12, 2015  ■  Page 1 of 3



EDGEPOINT CAPITAL LLC ROTH 401K PLAN    WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/trave plan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | √ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/10 | $937.00 |
| Deposits/Credits | 48.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 1/12** | **$973.00** |
| Average ledger balance this period | $985.00 |

Account number:  ████4333

**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(825)



KLUGMAN00003548

Account number:  ████ 4333  ■ December 10, 2014 - January 12, 2015  ■ Page 2 of 3

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|------|------|------|
| 12/16 | | Monthly Service Fee Reversal | 12.00 | | |
| 12/16 | | Monthly Service Fee Reversal | 12.00 | | |
| 12/16 | | Monthly Service Fee Reversal | 12.00 | | |
| 12/16 | | Monthly Service Fee Reversal | 12.00 | | 985.00 |
| 1/12 | | Monthly Service Fee | | 12.00 | 973.00 |
| **Ending balance on 1/12** | | | | | 973.00 |
| **Totals** | | | **$48.00** | **$12.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/10/2014 – 01/12/2015 | Standard monthly service fee $12.00 | You paid $12.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $985.00 ☐ |
| · Average ledger balance | $6,000.00 | $985.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB WE

## ✔ IMPORTANT ACCOUNT INFORMATION

**Other Wells Fargo Benefits**

**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.

Account number: ███ 4333 ■ December 10, 2014 - January 12, 2015 ■ Page 3 of 3

**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
   shown on your statement ...................... $ _____

**ADD**

B. Any deposits listed in your           $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   .............................. TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   ............................... TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
   withdrawals from the chart above ............ • $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register ........................ $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

KLUGMAN00003550

# Business Checking

Account number: ████4333 ■ November 13, 2014 - December 9, 2014 ■ Page 1 of 3



EDGEPOINT CAPITAL LLC ROTH 401K PLAN          WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/trave plan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.



## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/13 | $949.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| Ending balance on 12/9 | $937.00 |
| Average ledger balance this period | $949.00 |

Account number: ████4333

**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(825)

KLUGMAN00003551

Account number: ████4333 ▪ November 13, 2014 - December 9, 2014 ▪ Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/9 | | Monthly Service Fee | | 12.00 | 937.00 |
| Ending balance on 12/9 | | | | | 937.00 |
| Totals | | | $0.00 | $12.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 11/13/2014 - 12/09/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $949.00 ☐ |
| · Average ledger balance | $6,000.00 | $949.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WB WE



# ✓ IMPORTANT ACCOUNT INFORMATION

### Other Wells Fargo Benefits

**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.

**WELLS FARGO**

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your     $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801.

KLUGMAN00003553

# Business Checking

Account number:     4333 ■ October 10, 2014 - November 12, 2014 ■ Page 1 of 3



EDGEPOINT CAPITAL LLC ROTH 401K PLAN                 WM
425 PARK AVE
NEW YORK NY 10022-3506



## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

### Wells Fargo Works for Small Business website
The Wells Fargo Works site offers free access to business information and advice
through videos, articles, and other small business resources. This site offers
objective information from industry experts, best practices from real business
owners, as well as numerous Wells Fargo solutions that can help you run your
business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient
services with your account(s). Go to wellsfargo.com/biz or
call the number above if you have questions or if you would
like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ☐ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 10/10 | $961.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 11/12** | **$949.00** |
| Average ledger balance this period | $961.00 |

Account number:     4333

**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.

(825)

KLUGMAN00003554

Account number:  ████4333  ▪ October 10, 2014 - November 12, 2014  ▪ Page 2 of 3



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 11/12 | | Monthly Service Fee | | 12.00 | 949.00 |
| Ending balance on 11/12 | | | | | 949.00 |
| Totals | | | $0.00 | $12.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 10/10/2014 - 11/12/2014 | Standard monthly service fee $12.00 | You paid $12.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $961.00 ☐ |
| · Average ledger balance | $6,000.00 | $961.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

W8W8



# ✓ IMPORTANT ACCOUNT INFORMATION

Other Wells Fargo Benefits

**Your feedback matters**
Share your compliments and complaints so we can better serve you.
Call us at 1-844-WF1-CARE (1-844-931-2273) or visit wellsfargo.com/feedback.

Account number: ▮▮▮4333 ■ October 10, 2014 - November 12, 2014 ■ Page 3 of 3

**WELLS FARGO**

## General statement policies for Wells Fargo Bank

■ Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your        $ _____
   register or transfers into          $ _____
   your account which are not          $ _____
   shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Checking

Account number: ▓▓▓▓4333  ■ September 11, 2014 - October 9, 2014  ■ Page 1 of 4

**WELLS FARGO**

EDGEPOINT CAPITAL LLC ROTH 401K PLAN                    WM
425 PARK AVE
NEW YORK NY 10022-3506

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

**Wells Fargo Works for Small Business website**
The Wells Fargo Works site offers free access to business information and advice through videos, articles, and other small business resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Learn more about Wells Fargo Works at wellsfargoworks.com

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



## Activity summary

| | |
|---|---|
| Beginning balance on 9/11 | $973.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12.00 |
| **Ending balance on 10/9** | **$961.00** |
| Average ledger balance this period | $973.00 |

Account number: ▓▓▓▓4333

**EDGEPOINT CAPITAL LLC ROTH 401K PLAN**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(825) los -2

KLUGMAN00003557