# Exhibit 3, Part 6

24.     This order must be served by the Supervising Legal Representative, and paragraph 6 of the
order must be carried out in his presence and under his supervision.

## VARIATION AND DISCHARGE OF THIS ORDER

25.     Anyone served with or notified of this order may apply to the Court at any time to vary or
discharge this order (or so much of it as affects that person), but they must first inform the
Applicant's legal representatives. If any evidence is to be relied upon in support of the
application, the substance of it must be communicated in writing to the Applicant's legal
representatives in advance.

## INTERPRETATION OF THIS ORDER

26.     Any requirement that something shall be done to or in the presence of the Respondent means:

(1)      if there is more than one Respondent, to or in the presence of any one of them; and

(2)      if a Respondent is not an individual, to or in the presence of a director, officer, partner or
responsible employee.

27.     A Respondent which is ordered not to do something must not do it itself or by its directors,
officers, partners, employees or agents or in any other way.

## COMMUNICATIONS WITH THE COURT

28.     All communications to the Court about this order should be sent to:

Ground Floor, Building 4, Gate District, UAE

Telephone: + 971 4 427 3333

Fax: +971 4 427 3330

Email: registry@difccourts.ae

The offices are open between 10am to 5pm, Sunday to Thursday (excluding Public Holidays)



Issued by:
**Ayesha Bin Kalban**
Assistant Registrar
Date of issue: 27 June 2018
At: 5pm



6

## SCHEDULE A

THE PREMISES

Unit OT 16 – 32, Level 16, Central Park Offices, DIFC, Dubai, UAE





7