# Exhibit 3, Part 28

**Exhibit 4**

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office entre reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DG24GA01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | E1YPC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| DG24GA02 | Natalia Vereinilana | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | 6C75282 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| DG24GA03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YPC06 | Dell | Optiplex 7040 | 8975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| DG24GA04 | Utkal Tagona | First Search Order - Premises | Floor | Desktop | E1YPC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402095 | 240.00 | 2018/06/28 |
| DG24GA05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | E1YPC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| DG24GA06 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | N/A | Dell | Optiplex 7040 | N/A | Teta | ProductCode | 50271335024931317547 | 8.00 | 2018/06/28 |
| DG24GA07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YPC01 | Dell | Optiplex 7040 | 6B75282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| DG24GA08 | Claudia | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EAMDC0771444J3H 12M | Seagate | ST500LM000-1EJ1 | W790ST6 | 500.00 | 2018/06/28 |
| DG24GA09 | Naghu (intern) | First Search Order - Premises | Floor | Desktop | EQU-MAQ2 | Apple | iMAC All in one | C02V208SG27N | Apple | SSD | SP8NYAGD64480 | 2000.00 | 2018/06/28 |
| DG24GA10 | Nicola Morebeth | First Search Order - Premises | Floor | Laptop | EQU-MAQ6 | Apple | Macbook Pro | C02T1296GT6A | Apple | SSD | C02T03J1GNAHCGX18 | 1000.00 | 2018/06/28 |
| DG24GA11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA75BCNP | 1000.00 | 2018/06/28 |
| DG24GA12 | Lokhare Mojorale | First Search Order - Premises | Floor | Desktop | EQU-MAQ4 | Apple | MAC-All in one | C02D0WKC6G27N | Apple | SSD | SP8NYAH06R5S235 | 2000.00 | 2018/06/28 |
| DG24GA13 | Marta Lis | First Search Order - Premises | Floor | Desktop | E1YPC012 | Dell | Optiplex 7040 | HB75282 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| DG24GA14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| DG24GA15 | Marit Fernandes | First Search Order - Premises | Center office | Desktop | E1YPC03 | Dell | Optiplex 7040 | 8C75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| DG24GA16 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | E1YT083 / E1YLPT22 | Apple | iPhone 7 Plus | C02V2438753A 12M | N/A | N/A | 500000506G29F | 1000.00 | 2018/06/28 |
| DG24GA17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DG24GA18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | E1YC010 | Apple | Optiplex 7040 | 7U75282 | Sandisk | SSD | 154608404269 | 16.00 | 2018/06/28 |
| DG24GA19 | Natalia Vereinilana | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT50J G2 | 9B4F0A41BE09 | 16.00 | 2018/06/28 |
| DG24GA20 | Puja Tiwari | First Search Order - Premises | HR Room | Desktop | EQU-MAQ3 | Apple | MAC-All in one | C02D0ZKC2GG27N | Apple | SSD | SP8NYAGD3T31Q | 2000.00 | 2018/07/03 |
| DG24GA21 | Ucha Shah | First Search Order - Premises | Floor | Desktop | E1YPC07 | Dell | Optiplex 7040 | 4B75282 | Sandisk | SSD | 154774402403 | 240.00 | 2018/07/03 |
| DG24GA22 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YPC02 | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| DG24GA23 | Wali Anwar | First Search Order - Premises | Floor | DVD | N/A | Dell | Optiplex 7040 | 8G75282 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| DG24GA24 | Natalia Vereinilana | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO / SVP132A1CM | 54626038-6003361 / Service | N/A | SSD | 5319WFA0623861 | 120.00 | 2018/06/28 |
| DG24GA25 | Natalia Vereinilana | First Search Order - Premises | Floor | Laptop | N/A | Apple | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DG24GA26 | Unknown | First Search Order - Premises | Floor | Desktop | EQU-MAQ1 | Apple | iMAC-All in one | C02DW2UR6G27N | Apple | SSD | SP8NYAGB73008 | 2000.00 | 2018/07/01, 2018/07/03 |
| DG24GA27 | Unknown | First Search Order - Premises | Floor | Pen Drive | N/A | Apple | MAC Mini | C07H71A8D1D1 | Hitachi / App HDD | 1226005H1HZPIC | 500.00 | 2018/07/01 |
| DG24GA28 | Unknown | First Search Order - Premises | Storage Cell | Desktop | N/A | Apple | MAC Mini | C07H73A80404 | Toshiba / App HDD | 12330Y6KT | 1000.00 | 2018/07/01 |
| DG24GA29 | Unknown | First Search Order - Premises | Storage Cell | Desktop | N/A | Apple | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| DG24GA30 | Unknown | First Search Order - Premises | Storage Cell | DVD | N/A | Asus | UX305L | EAMDC0771203A19 12M | Seagate | ST500LM000-1EJ1 | W790GW0C | 500.00 | 2018/07/01 |
| DG24GA31 | Unknown | First Search Order - Premises | Storage Cell | Laptop | E1YLPT02 | Asus | UX305L | E0XTCLKA9U0201E 12M | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DG24GA32 | Unknown | First Search Order - Premises | Storage Cell | Laptop | E1YLPT08 | Asus | UX305L | C10YC_2617IM | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DG24GA33 | Natalia Vereinilana | First Search Order - Premises | - | Network Share | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| DG24GA34 | Unknown | First Search Order - Premises | - | Network Share | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DG24GA35 | Unknown | First Search Order - Premises | - | Network Share | catchall@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DG24GA36 | Sanjay Shah | First Search Order - Premises | - | Network Share | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| DG24GA37 | Unknown | First Search Order - Premises | - | Network Share | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DG24GA38 | Unknown | First Search Order - Premises | - | Network Share | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| DG24GA39 | Sandesh Dhomne | First Search Order - Premises | - | Network Share | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| DG24GA40 | Rashmi / Vidha / Mali | First Search Order - Premises | - | Network Share | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| DG24GA41 | Unknown | First Search Order - Premises | - | Network Share | finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.38 | 2018/07/02 |
| DG24GA42 | Unknown | First Search Order - Premises | - | Network Share | it@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| DG24GA43 | Unknown | First Search Order - Premises | - | Network Share | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| DG24GA44 | Stephania Paun / Uhi | First Search Order - Premises | - | Network Share | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DG24GA45 | Unknown | First Search Order - Premises | - | Network Share | od@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| DG24GA46 | Wali Anwar | First Search Order - Premises | Floor | Laptop | E1YLPT06 | Asus | UX305L | F19ICL15500605A 12M | HGST | HDD | 50A00050GN7T8K | 0.45 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/02 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/02 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.40 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/10 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.50 | 2018/07/15 |
| DG24GA43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.26 | 2018/07/19 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D82A6A43 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D82A6A44 | Multiple | First Search Order - Premises | | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D82A6A44 | Multiple | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXE1E5S1CSU5 | 1000.00 | 2018/08/14 |
| D82A6A45 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXB1A75EZXLI | 1000.00 | 2018/08/14 |
| D82A6A46 | Unknown | First Search Order - Premises | | External HDD | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXF1E6S26NJ7 | 3000.00 | 2018/07/17 (Failed) |
| D82A6A46 | Unknown | First Search Order - Premises | | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXD1E55CCP1E | 3000.00 | 2018/07/17 (Failed) |
| D82A6A47 | Unknown | First Search Order - Premises | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | Western Digital | My Passport Ultra | WXD1E55CCP1E | 1000.00 | 2018/07/25 |
| D82A6A48 | Sanjay Shah | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D82A6A48 | Mark Fernandes | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D82A6A48 | Usha Shah | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D82A6A48 | Sandesh Dhomne | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D82A6A48 | Wahl Anwar | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D82A6A48 | Unknown_Admin | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D82A6A48 | Unknown_Asset | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D82A6A48 | Unknown_Catchall | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D82A6A48 | Unknown_CFO | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D82A6A48 | Unknown_Finance | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D82A6A48 | Unknown_HR | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D82A6A48 | Unknown_Legal | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D82A6A48 | Unknown_QO | Remote Server Collection | | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D82A6A49 | Sanjay Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D82A6A49 | Mark Fernandes | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D82A6A49 | Usha Shah | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D82A6A49 | Sandesh Dhomne | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| D82A6A49 | Wahl Anwar | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D82A6A49 | Unknown_Admin | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D82A6A49 | Unknown_Asset | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| D82A6A49 | Unknown_Catchall | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D82A6A49 | Unknown_CFO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D82A6A49 | Unknown_Finance | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D82A6A49 | Unknown_HR | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.49 | 2018/09/25 |
| D82A6A49 | Unknown_Legal | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D82A6A49 | Unknown_QO | Remote Server Collection | | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D82A6A001 | Philip Purwar | Provided by Legal Counsel | | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D82A6A002 | Multiple | First Search Order - Premises | | Backup and BIOS Cloud data & VMs content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D82A6A001 | Multiple | Remote Server Collection | | DociCat DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D82A6A003 | Multiple | Remote Server Collection | | VM Export (Elysium-DC.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D82A6A003 | Multiple | Remote Server Collection | | Sage Server (ely-sagever.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D82A6A004 | Multiple | Remote Server Collection | | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**