# Exhibit 23

# WEST POINT 

71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

| Edgepoint Capital LLC Roth 401(K) Plan<br>425 Park Avenue, New York, NY 10022, United States of America | Quarter 1 - 2015 |
|---|---|

Invoice Breakdown - EDG01/Q1/2015

Clearing and Custody Fee                                           USD 21,924.00

**Total Amount Due**                                               **USD 21,924.00**

Please see the below payment instructions:

Barclays Bank Plc,
260/262 Chingford Mount Road,
South Chingford,
London,
E4 8JN

Currency: USD
Account No: 86282344
Sort Code: 20-71-74
IBAN: GB83BARC20717486282344
BIC Code: BARCGB22

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261

**PLEASE NOTE:** *If you would like to pay this invoice in a currency other than USD please contact West Point Derivatives Ltd to receive Euro or GBP account details. If a different currency is paid into any of the accounts, you will be held liable to pay the difference.*

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261



71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

## Trade Breakdown

## Denmark

## Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | NZYMB | NOVOZYMES A/S-B | TJM01 | DKK | 322.5000 | 770,440 | 248,466,900.00 | 25 February 2015 | 02 March 2015 |
| Buy | TDC | TDC A/S | TJM01 | DKK | 54.0000 | 2,724,158 | 147,104,532.00 | 05 March 2015 | 10 March 2015 |
| Buy | DSV | DSV A/S | TJM01 | DKK | 219.2000 | 812,595 | 178,120,824.00 | 12 March 2015 | 17 March 2015 |
| Buy | DANSKE | Danske Bank A/S | BAS01 | DKK | 175.3000 | 352,988 | 621,346,818.10 | 18 March 2015 | 23 March 2015 |
| Buy | DANSKE | Danske Bank A/S | BAS01 | DKK | 175.3000 | 3,191,489 | 621,346,818.10 | 18 March 2015 | 23 March 2015 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261



**WEST POINT**

71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | PNDORA | PANDORA A/S | BAS01 | DKK | 614.5000 | 488,208 | 300,003,816.00 | 18 March 2015 | 23 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TJM01 | DKK | 341.9000 | 1,089,324 | 2,396,976,450.70 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TJM01 | DKK | 341.9000 | 1,089,324 | 2,396,976,450.70 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TJM01 | DKK | 341.9000 | 1,089,324 | 2,396,976,450.70 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TJM01 | DKK | 341.9000 | 474,809 | 2,396,976,450.70 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TJM01 | DKK | 341.9000 | 1,089,324 | 2,396,976,450.70 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TJM01 | DKK | 341.9000 | 1,089,324 | 2,396,976,450.70 | 19 March 2015 | 24 March 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | TJM01 | DKK | 341.9000 | 1,089,324 | 2,396,976,450.70 | 19 March 2015 | 24 March 2015 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261



71-75 Shelton Street  
Covent Garden  
London  
WC2H 9JQ  
Tel +44 (0)207 382 4953

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | GN D | GN STORE NORD A/S | TJM01 | DKK | 154.2000 | 658,098 | 101,478,711.60 | 19 March 2015 | 24 March 2015 |
| Buy | TRYG | TRYG A/S | BAS01 | DKK | 868.5000 | 34,707 | 30,143,029.50 | 25 March 2015 | 30 March 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | BAS01 | DKK | 314.0000 | 80,035 | 25,130,990.00 | 26 March 2015 | 31 March 2015 |
| Buy | CARLB | CARLSBERG AS-B | TJM01 | DKK | 571.5000 | 177,702 | 101,556,693.00 | 26 March 2015 | 31 March 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | TJM01 | DKK | 16,410.0000 | 8,104 | 132,986,640.00 | 30 March 2015 | 07 April 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | TJM01 | DKK | 15,810.0000 | 7,906 | 124,993,860.00 | 30 March 2015 | 07 April 2015 |
| Buy | VWS | VESTAS WIND SYSTEMS A/S | TJM01 | DKK | 290.2000 | 377,401 | 109,521,770.20 | 30 March 2015 | 07 April 2015 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London, WC2H 9JQ.  
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261



71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NZYMB | NOVOZYMES A/S-B | GGL01 | DKK | 320.1105 | 770,440 | 246,625,933.62 | 25 February 2015 | 19 June 2015 |
| Sell | TDC | TDC A/S | ALL01 | DKK | 53.2397 | 2,724,158 | 145,033,354.67 | 05 March 2015 | 19 June 2015 |
| Sell | DSV | DSV A/S | LCL01 | DKK | 217.9241 | 812,595 | 177,084,034.04 | 12 March 2015 | 19 June 2015 |
| Sell | DANSKE | Danske Bank A/S | LCL01 | DKK | 171.2147 | 3,544,477 | 606,866,566.21 | 18 March 2015 | 19 June 2015 |
| Sell | PNDORA | PANDORA A/S | LCL01 | DKK | 607.6807 | 488,208 | 296,674,579.19 | 18 March 2015 | 19 June 2015 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261



71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | GN D | GN STORE NORD A/S | GGL01 | DKK | 153.4809 | 658,098 | 101,005,473.33 | 19 March 2015 | 19 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | GGL01 | DKK | 338.1132 | 7,010,753 | 2,370,428,131.24 | 19 March 2015 | 19 June 2015 |
| Sell | TRYG | TRYG A/S | ALL01 | DKK | 846.9944 | 34,707 | 29,396,634.64 | 25 March 2015 | 19 June 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | ALL01 | DKK | 307.3119 | 80,035 | 24,595,707.92 | 26 March 2015 | 19 June 2015 |
| Sell | CARLB | CARLSBERG AS-B | ALL01 | DKK | 564.7130 | 177,702 | 100,350,629.53 | 26 March 2015 | 19 June 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | ALL01 | DKK | 14,965.5352 | 8,104 | 121,280,697.26 | 30 March 2015 | 19 June 2015 |
| Sell | VWS | VESTAS WIND SYSTEMS A/S | LCL01 | DKK | 287.2448 | 377,401 | 108,406,474.76 | 30 March 2015 | 19 June 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | LCL01 | DKK | 14,365.7610 | 7,906 | 113,575,706.47 | 30 March 2015 | 19 June 2015 |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London, WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261



71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

## Stock Loan

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | NZYMB | NOVOZYMES A/S-B | DIV01 | DKK | 322.5000 | 770,440 | 248,466,900.00 | 27 February 2015 | 02 March 2015 | Fee Rate = 89.84, Interest rate = 70.00, Fixed | Fixed |
| Lend | TDC | TDC A/S | EQU01 | DKK | 54.0000 | 2,724,158 | 147,104,532.00 | 09 March 2015 | 10 March 2015 | Fee Rate = 89.53, Interest rate = 70.00, Fixed | Fixed |
| Lend | DSV | DSV A/S | PML01 | DKK | 219.2000 | 812,595 | 178,120,824.00 | 16 March 2015 | 17 March 2015 | Fee Rate = 88.19, Interest rate = 70.00, Fixed | Fixed |
| Lend | DANSKE | Danske Bank A/S | PSL01 | DKK | 175.3000 | 3,544,477 | 621,346,818.10 | 20 March 2015 | 23 March 2015 | Fee Rate = 86.05, Interest rate = 70.00, Fixed | Fixed |
| Lend | PNDORA | PANDORA A/S | PSL01 | DKK | 614.5000 | 488,208 | 300,003,816.00 | 20 March 2015 | 23 March 2015 | Fee Rate = 86.05, Interest rate = 70.00, Fixed | Fixed |
| Lend | NOVOB | NOVO NORDISK A/S-B | COL01 | DKK | 341.9000 | 7,010,753 | 2,396,976,450.70 | 23 March 2015 | 24 March 2015 | Fee Rate = 86.00, Interest rate = 70.00, Fixed | Fixed |
| Lend | GN D | GN STORE NORD A/S | COL01 | DKK | 154.2000 | 658,098 | 101,478,711.60 | 23 March 2015 | 24 March 2015 | Fee Rate = 86.00, Interest rate = 70.00, Fixed | Fixed |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London,
WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261



71-75 Shelton Street
Covent Garden
London
WC2H 9JQ
Tel +44 (0)207 382 4953

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | TRYG | TRYG A/S | PML01 | DKK | 868.5000 | 34,707 | 30,143,029.50 | 27 March 2015 | 30 March 2015 | Fee Rate = 86.77, Interest rate = 70.00, Fixed | Fixed |
| Lend | CARLB | CARLSBERG AS-B | PSL01 | DKK | 571.5000 | 177,702 | 101,556,693.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 86.46, Interest rate = 70.00, Fixed | Fixed |
| Lend | FLS | FLSMIDTH & CO A/S | PSL01 | DKK | 314.0000 | 80,035 | 25,130,990.00 | 30 March 2015 | 31 March 2015 | Fee Rate = 86.46, Interest rate = 70.00, Fixed | Fixed |

West Point Derivatives Ltd is a limited company incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 71-75 Shelton Street, Covent garden, London,
WC2H 9JQ.
(FCA Registration Number 430967; Company Number 04990389)

ELYSIUM-04130261