# Exhibit 80

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00004 | 2698162 | 3/31/2012 | $50,917.05 | - | $50,917.05 | ($50,917.05) | 4/24/2012 | - | |
| | 2699289 | 4/11/2012 | $8,604.70 | $40.15 | $8,644.85 | ($8,644.85) | 5/1/2012 | - | - |
| | 2702757 | 5/14/2012 | $30,571.30 | $2,125.73 | $32,697.03 | ($32,697.03) | 7/17/2012 | - | - |
| **Duet - Ex-Dividend Transaction - Total** | | | **$90,093.05** | **$2,165.88** | **$92,258.93** | **($92,258.93)** | | **-** | - |
| | | | | | | | | | |
| **GRAND TOTAL** | | | **$90,093.05** | **$2,165.88** | **$92,258.93** | **($92,258.93)** | | **-** | - |

6/15/2018 10:57:40 AM

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

WH_MDL_00355207



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                                    March 31, 2012
       Argre Management LLC
       40 West 57th Street
       New York, New York  10019

**RE:** Ex-Dividend Transaction                          **Invoice#:** 698162
**Our File Number:** 00647/0004                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|  |  | Hours |
|---|---|---|
| 03/01/2012 | Ben-Jacob, Michael | 1.25 |
| | Call with Matt re ex-dividend/401(k) questions; call with Ezra accountant re tax filing matters. | |
| 03/01/2012 | Woodard, A.F. | 2.00 |
| | Office conference M. Ben-Jacob; conference call client, and review of material re proposed investment. | |
| 03/02/2012 | Woodard, A.F. | 2.75 |
| | Office conference M. Ben-Jacob, conference call client, and review of material re prohibited transactions, indicia of ownership and other issues. | |
| 03/03/2012 | Woodard, A.F. | 2.25 |
| | Research re indicia of ownership and ESOP loans. | |
| 03/05/2012 | Ben-Jacob, Michael | 2.08 |
| | Call with Ritch and Adam re potential new ex-dividend transactions; related calls with Chantis; calls with Rebecca re IRS certificates. | |
| 03/05/2012 | Woodard, A.F. | 1.75 |
| | Research re party-in-interest and ESOPs. | |
| 03/06/2012 | Ben-Jacob, Michael | 1.33 |
| | Call with John vanMerkensteijn regarding ex-Dividend transactions. Related call with Woody. | |
| 03/06/2012 | Woodard, A.F. | 0.75 |
| | Research re various issues re proposed investment. | |
| 03/07/2012 | Ben-Jacob, Michael | 0.33 |
| | Call with John vanMerkensteijn regarding answers to follow up questions related to ex-dividend transactions. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355208

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    March 31, 2012

RE: Ex-Dividend Transaction                              Invoice#: 698162
Our File Number: 00647/0004                              PAGE:    2

===================================================================

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/07/2012 | Woodard, A.F. | 1.33 |
| | Telephone conference M. Ben-Jacob and review of material re use of trust and other matters. | |
| 03/08/2012 | Woodard, A.F. | 1.17 |
| | Conference call client re various elements of proposed investment and research re same. | |
| 03/09/2012 | Woodard, A.F. | 0.67 |
| | Review of material re various issues. | |
| 03/12/2012 | Ben-Jacob, Michael | 0.33 |
| | Review Duet presentation regarding ex-dividend transactions. | |
| 03/12/2012 | Woodard, A.F. | 0.50 |
| | Telephone conference M. Stein re margin account and other matters. | |
| 03/13/2012 | Ben-Jacob, Michael | 1.92 |
| | Meetings, calls and e-mail re new ex-dividend transaction. | |
| 03/13/2012 | Tuchman, L. | 0.75 |
| | Office conference with M. Ben-Jacob re: additional ex-dividend transactions; review same. | |
| 03/13/2012 | Wells, Peter B | 3.50 |
| | Discuss issues related to transaction. Review diligence file and work on issues related to the same. Draft and revise Resolutions for Ezra. Call with Ezra re the same. | |
| 03/14/2012 | Ben-Jacob, Michael | 1.50 |
| | Call with rich re structuring issues; related follow-up with Woody and attention to related e-mails. | |
| 03/14/2012 | Woodard, A.F. | 2.67 |
| | Office conference Ben-Jacob re proposed investment; conference call M. Ben-Jacob and client; research re various issues. | |
| 03/14/2012 | Wells, Peter B | 3.00 |
| | Review and revise resolutions for Ezra. Work on issue related to diligence. Work on indemnity agreement. Discuss issues re the same with Ezra. | |
| 03/15/2012 | Ben-Jacob, Michael | 2.75 |
| | Calls/e-mails re structuring issues. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    March 31, 2012

RE: Ex-Dividend Transaction                              **Invoice#:** 698162
**Our File Number:** 00647/0004                          **PAGE:**   3

=====================================================================

| | | |
|---|---|---|
| 03/15/2012 | Tuchman, L. | 0.25 |
| | Office conference with M. Ben-Jacob re: Luxco structure. | |
| 03/15/2012 | Woodard, A.F. | 1.33 |
| | Telephone conference M. Ben-Jacob, telephone conferences M. Ben-Jacob and client, review of material. | |
| 03/16/2012 | Ben-Jacob, Michael | 2.50 |
| | Call with Rich and further calls and follow-up with Duet group; related calls with Peter. | |
| 03/16/2012 | Woodard, A.F. | 2.17 |
| | Review of material re various issues. | |
| 03/16/2012 | Wells, Peter B | 4.00 |
| | Work in issues related to IRAs and related matters. Work on issues related to diligence related to transaction. Follow-up on issues related Delaware trusts and trustees. | |
| 03/19/2012 | Ben-Jacob, Michael | 0.42 |
| | Ex-Dividend:  Attention to emails and conference with Louis. | |
| 03/19/2012 | Woodard, A.F. | 2.25 |
| | Telephone conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 03/19/2012 | Wells, Peter B | 2.00 |
| | Call with Glenmede re Delaware Trust planning. Review and revise Gravenhage Trust. Follow-up on issues re the same. | |
| 03/20/2012 | Ben-Jacob, Michael | 0.25 |
| | Ex-Dividend:  Attention to emails re: structure for transaction. | |
| 03/20/2012 | Woodard, A.F. | 2.67 |
| | Telephone conferences R. Markowitz and review of material re fiduciary status and other matter. | |
| 03/20/2012 | Wells, Peter B | 1.67 |
| | Review due diligence documents. Review correspondence re structures. Discuss the same with Mr. Woodard. | |
| 03/21/2012 | Tuchman, L. | 1.00 |
| | Review documents for ex-dividend transactions. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355210**

KAYE SCHOLER LLP

| | | |
|---|---|---|
| TO: John H. van Merkensteijn | | March 31, 2012 |
| **RE:** Ex-Dividend Transaction | | **Invoice#:** 698162 |
| **Our File Number:** 00647/0004 | | **PAGE:** 4 |

===============================================================================

| Date | Name | Hours |
|---|---|---|
| 03/21/2012 | Woodard, A.F. | 2.83 |
| | Review of draft Investment Management and other documents; review of fiduciary rules. | |
| 03/21/2012 | Wells, Peter B | 1.50 |
| | Review swap documents. | |
| 03/22/2012 | Tuchman, L. | 0.58 |
| | Review of documents; office conference with M. Ben-Jacob re: partnerships and structural issues. | |
| 03/22/2012 | Woodard, A.F. | 2.67 |
| | Telephone conference R. Markowitz, preparation of memo re Duet and review of material. | |
| 03/23/2012 | Ben-Jacob, Michael | 1.75 |
| | Ex-Dividend:  Attention to emails, call with Duet.  Call with Richard Louis.  Related calls with Woody. | |
| 03/23/2012 | Tuchman, L. | 2.33 |
| | Review Gibraltar LP agreement; telephone conferences and office conferences with A.F. Woodard and review his memorandum; review swap document; conference call with M. Ben-Jacob and R. Markowitz. | |
| 03/23/2012 | Woodard, A.F. | 1.25 |
| | Office conference L. Tuchman re proposed transaction and review of material. | |
| 03/26/2012 | Ben-Jacob, Michael | 1.33 |
| | Ex-Dividend:  Call with Duet group.  Follow up conference with Woody. | |
| 03/26/2012 | Woodard, A.F. | 3.58 |
| | Office conference M. Ben-Jacob, research re Duet issues, and preparation of memo re such issues. | |
| 03/27/2012 | Ben-Jacob, Michael | 0.42 |
| | Conference with Woody and email to Rich re: PPM. | |
| 03/27/2012 | Woodard, A.F. | 2.92 |
| | Preparation of memo re Duet's status and review of material re same; review of PPM and office conference M. Ben-Jacob re same. | |
| 03/28/2012 | Ben-Jacob, Michael | 0.75 |
| | Ex-Dividend:  Review LP Agreement memo re: IRA. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                   March 31, 2012

**RE:** Ex-Dividend Transaction                              **Invoice#:** 698162
**Our File Number:** 00647/0004                             **PAGE:**    5

====================================================================

| | | |
|---|---|---|
| 03/28/2012 | Woodard, A.F. | 2.00 |

Revision of memo re Duet's role and telephone conference M. Ben-Jacob
re same; review of material re loan from IRA.

| | | |
|---|---|---|
| 03/29/2012 | Ben-Jacob, Michael | 5.00 |

Review/edit LP agreement and PPM, attend call with Duet Group and
preliminary call with Rich, meetings with Louis and Woody to discuss
related issues.

| | | |
|---|---|---|
| 03/29/2012 | Woodard, A.F. | 1.75 |

Office conference M. Ben-Jacob re "reasonable compensation" issues and
review of material re same.

Total Hours.................    85.75

Fees through 03/31/2012....................................    $65,917.05


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 23.91 | $17,454.30 |
| Tuchman, L. | 895.00 | 4.91 | 4,394.45 |
| Woodard, A.F. | 825.00 | 41.26 | 34,039.50 |
| Wells, Peter B | 640.00 | 15.67 | 10,028.80 |
| Fees through 03/31/2012............... | | 85.75 | $65,917.05 |


| | | |
|---|---|---|
| Fees this Invoice................................................... | $65,917.05 | |
| Less Discount of................................................. | (15,000.00) | |
| Adjusted Fees.......................................................... | | $50,917.05 |
| **Total Due this Invoice........................................................** | | **$50,917.05** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355212**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 698162
Total Amount Due: $50,917.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355213**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn                                        April 11, 2012
       Argre Management LLC
       40 West 57th Street
       New York, New York  10019


**RE:** Ex-Dividend Transaction                              **Invoice#:** 699289
**Our File Number:**00647/0004                                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

| | | Hours |
|---|---|---|
| 03/02/2012 | Veillette, Rebecca | 3.33 |
| | Administration matters regarding new dividend deal and charities. | |
| 03/05/2012 | Veillette, Rebecca | 2.67 |
| | Administration matters in connection with dividend deal. | |
| 03/06/2012 | Veillette, Rebecca | 2.00 |
| | Administration regarding documentation for charities. | |
| 03/07/2012 | Veillette, Rebecca | 2.25 |
| | Administration matters. | |
| 03/15/2012 | Veillette, Rebecca | 3.08 |
| | Formation of 4 new LLCs, attention to patriot act forms.  Conference with Peter Wells. | |
| 03/16/2012 | Veillette, Rebecca | 2.67 |
| | Attention to KYC information for new dividend deal.  Prepare table of contents.  Conferences with Peter Wells. | |
| 03/22/2012 | Veillette, Rebecca | 1.08 |
| | Attention to new formation of new LLCs. | |
| 03/23/2012 | Veillette, Rebecca | 0.33 |
| | Administration matters. | |
| 03/28/2012 | Veillette, Rebecca | 1.00 |
| | Attention to e-mail correspondence regarding new dividend deal. | |
| 03/30/2012 | Ben-Jacob, Michael | 3.50 |
| | Review/edit LP agreement. Related emails, call with Rich and further revisions. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355214**

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                          April 11, 2012

**RE:** Ex-Dividend Transaction                                  **Invoice#:** 699289
**Our File Number:** 00647/0004                                        **PAGE:**   2

===================================================================

03/30/2012  Woodard, A.F.                                                        0.75
            Review of material re fiduciary issues.
                                                    ----------
                                        Total Hours................     22.66
                    Fees through 03/31/2012...................     $8,604.70


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*
                               Rate        Hours          Fees
Ben-Jacob, Michael           $730.00        3.50      $2,555.00
Woodard, A.F.                 825.00        0.75         618.75
Veillette, Rebecca            295.00       18.41       5,430.95
                Fees through 03/31/2012...............     22.66      $8,604.70

\*----------------------COSTS ADVANCED THROUGH 03/31/2012----------------------\*
            Duplicating                                       $3.40
            Meals                                             36.75
                                               --------------------
                Total Costs through 03/31/2012.......................     $40.15

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*
            **Invoice#**            **Date**                        **Amount**
            698162              03/31/2012                      $50,917.05
            Prior Balance Due........................................................     $50,917.05


            Fees this Invoice......................................................     $8,604.70
            Costs this Invoice....................................................     $40.15
            Total Due this Invoice..............................................     $8,644.85
            Prior Balance Due (from above)..................................     50,917.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355215**

**K**AYE SCHOLER LLP

TO:     John H. van Merkensteijn                                    April 11, 2012

**RE:** Ex-Dividend Transaction                                    **Invoice#:** 699289
**Our File Number:** 00647/0004                                    **PAGE:**   3

**TOTAL DUE**.................................................................    **$59,561.90**

Please remit payment within thirty (30) days.

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355216

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 699289
Total Amount Due: $59,561.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355217**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  John H. van Merkensteijn                                    May 14, 2012
     Argre Management LLC
     40 West 57th Street
     New York, New York 10019

**RE:** Duet - Ex-Dividend Transaction                          **Invoice#:** 702757
**Our File Number:** 00647/0004                                    **PAGE:**  1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

|            |                                                                            | **Hours** |
|------------|----------------------------------------------------------------------------|-----------|
| 03/13/2012 | Woodard, A.F.                                                              | 2.83      |
|            | Research and review of material re use of IRA, prohibited transaction rules and other issues. | |
| 03/18/2012 | Woodard, A.F.                                                              | 0.92      |
|            | Review of material re UBTI and other issues.                              |           |
| 04/01/2012 | Woodard, A.F.                                                              | 1.42      |
|            | Review of material re IRA investment in another entity.                   |           |
| 04/02/2012 | Ben-Jacob, Michael                                                        | 3.00      |
|            | Review IMA, related calls and e-mails with Rich and Woody.                |           |
| 04/02/2012 | Woodard, A.F.                                                              | 0.83      |
|            | Telephone conferences R. Markowitz and M. Ben-Jacob re use of IRA in proposed transaction. | |
| 04/02/2012 | Wells, Peter B                                                            | 0.75      |
|            | Review new operating agreement.                                           |           |
| 04/02/2012 | Veillette, Rebecca                                                        | 0.50      |
|            | Attention to Otztal LLC documents.                                        |           |
| 04/03/2012 | Ben-Jacob, Michael                                                        | 2.00      |
|            | Call with Duet Group. Follow up call with Rich. Follow up with Woody and Louis on open issues. | |
| 04/03/2012 | Woodard, A.F.                                                              | 0.67      |
|            | Telephone conference M. Ben-Jacob and e-mails re various issues re the IRA. | |
| 04/03/2012 | Wells, Peter B                                                            | 1.83      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355218**

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    May 14, 2012

**RE:** Duet - Ex-Dividend Transaction                        **Invoice#:** 702757
**Our File Number:** 00647/0004                              **PAGE:**    2

===============================================================

|            |                 | Work on issues related to foreign reporting requirements. |      |
|------------|-----------------|-----------------------------------------------------------|------|
| 04/03/2012 | Veillette, Rebecca | Follow-up regarding Otztal LLC KYC information. | 0.50 |
| 04/04/2012 | Woodard, A.F. | Review of material re IRA and documents. | 0.67 |
| 04/04/2012 | Wells, Peter B | Work on issues related to diligence. | 1.25 |
| 04/04/2012 | Veillette, Rebecca | Attention to amended operating agreement. | 1.58 |
| 04/04/2012 | Veillette, Rebecca | Attention to Ezra KYC documentation. | 2.92 |
| 04/05/2012 | Ben-Jacob, Michael | Review/analysis of open issues and related e-mail to Rich; prepare Subordinated Note; conferences with Louis; e-mail to Rich regarding call on GP shares; telephone conference with Duet Group. | 2.75 |
| 04/05/2012 | Veillette, Rebecca | Administration/tax matters. | 0.83 |
| 04/06/2012 | Wells, Peter B | Work on issues related to U.S. reporting. | 1.42 |
| 04/10/2012 | Ben-Jacob, Michael | Numerous calls, emails and conferences to address numerous deal issues. Attention to edits to LPA and IMA. | 1.25 |
| 04/10/2012 | Woodard, A.F. | Office conference M. Ben-Jacob and review of material. | 0.42 |
| 04/12/2012 | Ben-Jacob, Michael | Review/edit LPA, IMA and side letter.  Attention to related emails. calls with Rich and Duet.  Follow up call with Matt.  Further edits to documents and related emails. | 6.17 |
| 04/12/2012 | Veillette, Rebecca | Administration matters regarding documentation for dividend deal. | 2.25 |
| 04/15/2012 | Ben-Jacob, Michael | Numerous calls, emails with Rich and Group; review Duet documents, etc. | 3.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**KAYE SCHOLER LLP**

TO:    John H. van Merkensteijn                                          May 14, 2012

**RE:** Duet - Ex-Dividend Transaction                              **Invoice#:** 702757
**Our File Number:** 00647/0004                                      **PAGE:**   3

========================================================================

04/16/2012  Ben-Jacob, Michael                                                      2.42
            Call with Duet; numerous calls, emails with Rich and Group; review Duet
            documents, etc.
04/16/2012  Tuchman, L.                                                             1.75
            Review swap, LP agreement and other documents.
04/16/2012  Veillette, Rebecca                                                      1.75
            Administrative matters.
04/19/2012  Wells, Peter B                                                          1.25
            Follow-up on issues related reporting.
                                                                        ----------
                                            Total Hours................    47.43

                            Fees through 04/30/2012...................  $30,571.30


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                     | Rate     | Hours  | Fees        |
|---------------------|----------|--------|-------------|
| Ben-Jacob, Michael  | $730.00  | 21.09  | $15,395.70  |
| Tuchman, L.         | 895.00   | 1.75   | 1,566.25    |
| Woodard, A.F.       | 825.00   | 7.76   | 6,402.00    |
| Wells, Peter B      | 640.00   | 6.50   | 4,160.00    |
| Veillette, Rebecca  | 295.00   | 10.33  | 3,047.35    |
| Fees through 04/30/2012............... |  | 47.43 | $30,571.30 |

\*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------\*
            Transportation                                      $111.58
            Meals                                                211.94
            Messengers/Courier                                   157.21
            Filing Fees/Court Fees                             1,645.00
                                                        -------------------
                    Total Costs through 04/30/2012........................   $2,125.73

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355220**

**KAYE SCHOLER** LLP

TO:    John H. van Merkensteijn                                      May 14, 2012

**RE:** Duet - Ex-Dividend Transaction                          **Invoice#:** 702757
**Our File Number:** 00647/0004                                **PAGE:**    4

---

Fees this Invoice.............................................................    $30,571.30
Costs this Invoice..........................................................      $2,125.73
**Total Due this Invoice..............................................**    **$32,697.03**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355221**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 702757
Total Amount Due: $32,697.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH