**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01873.

MASTER DOCKET

18-md-2865 (LAK)

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against

Defendant Michael Ben-Jacob ("Ben-Jacob") in the action titled *SKAT v. Voojo Productions*

*LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01873;

WHEREAS SKAT and Ben-Jacob have now entered into a settlement agreement

resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Ben-Jacob from *SKAT v.*

*Voojo Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01873, pursuant to Rule 41(a)(2) of

the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against

Defendants Voojo Productions LLC Roth 401(K) Plan or John van Merkensteijn in the action

captioned *SKAT v. Voojo Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01873, or any

other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the

Federal Rules of Civil Procedure, Ben-Jacob is dismissed with prejudice from the action *SKAT v.*

2

*Voojo Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01873, with each party to bear its

own costs; and

IT is further STIPULATED AND AGREED that SKAT's claims against Defendants

Voojo Productions LLC Roth 401(K) Plan and John van Merkensteijn remain active in the action

captioned *SKAT v. Voojo Productions LLC Roth 401(K) Plan et al.*, No. 1:19-cv-01873.


Dated: New York, New York
       December 15, 2024


By: /s/ *Marc A. Weinstein*                     By: /s/ *Thomas E.L. Dewey*
    Marc A. Weinstein                                Thomas E.L. Dewey
    HUGHES HUBBARD & REED LLP                         DEWEY, PEGNO & KRAMARSKY, LLP
    One Battery Park Plaza                            777 Third Avenue
    New York, New York 10004-1482                     New York, NY 10017
    Telephone: (212) 837-6000                         Telephone : (212) 943-4325
    Fax: (212) 422-4726                               Fax : (212) 943-4325
    marc.weinstein@hugheshubbard.com                  tdewey@dpklaw.com

*Counsel for Plaintiff Skatteforvaltningen*     *Counsel for Defendant Michael Ben-Jacob*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*


SO ORDERED:

_____     12/18/24
    Lewis A. Kaplan
    United States District Judge